JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS CONTRERAS, | NO. CV 08-4209 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order of Voluntary Remand Pursuant to Sentence 6 of 42 U.S.C. § 405(g) ("Order of Remand"), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is remanded, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Order of Remand.

Dated this 12th day of September, 2008.

/s/
Fernando M. Olguin
United States Magistrate Judge